IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ISRAEL EUGENE HILL, ID # 1302154, )<br>      Petitioner, )<br>vs. )<br>)<br>NATHANIEL QUARTERMAN, Director, )<br>Texas Department of Criminal )<br>Justice, Correctional Institutions Division, )<br>      Respondent. ) | No. 3:07-CV-0707-P<br>ECF |

## ORDER DENYING CERTIFICATE OF APPEALABILITY

A Notice of Appeal has been filed in the above captioned action in which the Court has entered a final order in a proceeding pursuant to 28 U.S.C. § 2254. Considering the record in this case and pursuant to Federal Rule of Appellate Procedure 22(b) and 28 U.S.C. § 2253(c), the Court hereby finds and orders:

**IFP STATUS:**

(**X**) the party appealing is GRANTED *in forma pauperis* status on appeal.

**COA:**

(**X**) a Certificate of Appealability is DENIED. For the reasons stated in the Findings, Conclusions and Recommendations of the United States Magistrate Judge, filed on **May 21, 2007**, which the District Court accepted on **June 26, 2007**, the petition for writ of habeas corpus is barred by the statute of limitations. *See* 28 U.S.C. § 2244(d); *Sonnier v. Johnson*, 161 F.3d 941, 943-44 (5th Cir. 1998). The petitioner has failed to show that reasonable jurists would find it debatable whether the Court was correct in dismissing his case as time barred. *See Miller-El v. Cockrell*, 537 U.S. 322, 338 (2003); *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000); 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

SIGNED this 2nd day of August, 2007.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE